UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

ERNEST MCCOWN CREECH, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

EMERSON ELECTRIC CO. and WHITE-RODGERS,

    Defendants.

_____/

Case No. 3:15-cv-00014

(Judge Walter H. Rice)

## ORDER GRANTING MOTION TO FILE UNDER SEAL

**THIS CAUSE** is before the Court on Plaintiff Ernest McCown Creech's Motion to File Response in Opposition to Defendants' Motion to Strike or Dismiss and Documents Under Seal ("**Plaintiff's Motion**"). Having reviewed Plaintiff's Motion, the record, and otherwise being duly advised, it is hereby **ORDERED AND ADJUDGED** that:

1. Plaintiff's Motion is hereby **GRANTED**.

2. Plaintiff may file his unredacted Response in Opposition to Defendants' Motion to Strike or Dismiss and Documents under seal.

**DONE AND ORDERED** in Chambers at Dayton, Ohio this 9th day of September, 2016.

                                                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record