UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| ERNEST MCCOWN CREECH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EMERSON ELECTRIC CO. and WHITE-RODGERS,<br><br>Defendants. | Case No. 3:15-cv-00014<br><br>(Judge Walter H. Rice) |

## ORDER GRANTING MOTION TO FILE UNDER SEAL

**THIS CAUSE** is before the Court on Plaintiff Ernest McCown Creech's Motion to File Documents Under Seal. Having reviewed the motion, the record, and otherwise being duly advised, it is hereby **ORDERED AND ADJUDGED** that:

1. Plaintiff's Motion to File Documents Under Seal is hereby **GRANTED**.

2. Plaintiff may file his Motion for Class Certification and Documents designated as "Confidential" under seal.

**DONE AND ORDERED** in Chambers at Dayton, Ohio this 9th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record