UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

ERNEST MCCOWN CREECH, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

EMERSON ELECTRIC CO. and WHITE-RODGERS,

    Defendants.

Case No. 3:15-cv-00014

(Judge Walter H. Rice)

## ORDER GRANTING MOTION TO UNSEAL DOCUMENTS

**THIS CAUSE** is before the Court on Plaintiff Ernest McCown Creech's Unopposed Motion to Unseal Document. Having reviewed the motion, the record, and otherwise being duly advised, it is hereby **ORDERED AND ADJUDGED** that:

1. Plaintiff's Motion to Unseal Document is hereby **GRANTED**.

2. Plaintiff may file an unsealed, redacted version of his Motion and Memorandum of Law in Support of Motion for Class Certification, and Exhibits A, B, E, N, O, P, Q, R, S, T, and U to Rachel Soffin's declaration in support of the Motion (Exhibit 1).

**DONE AND ORDERED** in Chambers at Dayton, Ohio this 4th day of April, 2018.

                                      UNITED STATES DISTRICT JUDGE