IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ERNEST McCOWN CREECH, on
behalf of himself and others
similarly situated,

    Plaintiff,

v.

EMERSON ELECTRIC CO., *et al.*,

    Defendants.

Case No. 3:15-cv-14

JUDGE WALTER H. RICE

---

ORDER OVERRULING PLAINTIFF'S MOTION
FOR CLASS CERTIFICATION AS PLED (DOCS. ##77, 94)

---

For reasons to be set forth in a full Decision and Entry to be issued no later than April 30, 2019, the Court OVERRULES Plaintiff's Motion for Class Certification, as pled. Docs. ##77, 94.[1]

Date: March 29, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed a sealed motion for class certification at Doc. #77. A redacted copy of the same motion is filed at Doc. #94.