IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ERNEST McCOWN CREECH, | : | |
| Plaintiff, | | |
| v. | : | Case No. 3:15-cv-14 |
| EMERSON ELECTRIC CO., *et al.*, | | JUDGE WALTER H. RICE |
| Defendants. | : | |

---

DECISION AND ENTRY OVERRULING AS MOOT PLAINTIFF'S EXPEDITED MOTION TO STAY PROCEEDINGS PENDING RULE 23(f) APPEAL (DOC. #100); JOINT REVISED RULE 26(f) REPORT DUE AUGUST 6, 2019; CONFERENCE CALL SET

---

Given the Sixth Circuit Court of Appeals' July 9, 2019, decision denying Plaintiff's petition to appeal this Court's order overruling his motion for class certification, the Court OVERRULES AS MOOT Plaintiff's Expedited Motion to Stay Proceedings Pending Rule 23(f) Appeal, Doc. #100.

The parties are DIRECTED to file a Joint Amended Rule 26(f) Report no later than August 6, 2019. The Court will convene a conference call on Thursday, August 8, 2019, at 4:30 p.m., to set a new trial date and other deadlines.

Date: July 19, 2019

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE